RECEIVED
IN LAKE CHARLES, LA

SEP 2 9 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEAN ROSEMOND PIERRE<br>A 098-632-530<br>Reg. No. 31750-265 | : | DOCKET NO. 09-1026 |
| VS. | : | JUDGE MINALDI |
| ERIC H. HOLDER, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that the petition be DENIED and DISMISSED as moot.

Lake Charles, Louisiana, this ___ day of September, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE